TED C. LINDQUIST, III (Cal. Bar No. 178523)
LINDQUISTLAW
100 Pine Street, Suite 2150
San Francisco, California 94111
Telephone: 415-399-1159
Facsimile: 866-255-4580
Email: tlindquist@lindquistlaw.com

Attorneys for Plaintiffs
ALANA KASELITZ and MELISSA KASELITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALANA KASELITZ, an individual; and MELISSA KASELITZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HISOFT TECHNOLOGY INTERNATIONAL, LTD., a Cayman Islands exempt company; TIAK KOON LOH, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 12-05760 MMC<br><br>**ORDER APPROVING**<br><br>**STIPULATION ADJUSTING BRIEFING SCHEDULE ON DEFENDANT HISOFT TECHNOLOGY INTERNATIONAL, LTD.'S MOTION TO DISMISS OR STAY CLAIMS [DOCKET NOS. 11, 13]** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' undersigned counsel, pursuant to Civ. L.R. 6-2, and other applicable law, as follows:

**RECITALS**

A. Defendant hiSoft Technology International, Ltd. ("hiSoft") filed a Motion to Dismiss or Stay Claims on November 16, 2012 [Docket Nos. 11] prior to the Court issuing its Order reassigning this case to the Hon. Maxine M. Chesney. On November 19, 2012, hiSoft re-noticed its Motion to Dismiss or Stay Claims for hearing on January 11, 2013 [Docket No. 13];

B. Subject to the Court's approval, the parties agree to adjust the briefing schedule such that the Plaintiffs' opposition brief will be filed on December 7, 2012, and hiSoft's reply brief will be filed on December 21, 2012.

C. This stipulation to adjust the briefing schedule on hiSoft's Motion will not impact the currently scheduled hearing, and will result in the completion of all briefing 21 days prior to the January 11, 2013 hearing.

## STIPULATION

1. The parties respectfully request that the Court modify the briefing schedule on hiSoft's pending Motion to Dismiss or Stay Claims scheduled for hearing on January 11, 2013, as follows: Plaintiffs' opposition brief shall be filed by December 7, 2012, and hiSoft's reply brief shall be filed by December 21, 2012.

SO STIPULATED.

DATED: November 28, 2012

LINDQUISTLAW

By      /s/  TED C. LINDQUIST, III
              TED C. LINDQUIST, III

Attorneys for Plaintiffs
ALANA KASELITZ and MELISSA KASELITZ

DATED: November 28, 2012

COTCHETT, PITRE & McCARTHY, LLP

By      /s/  STEVEN N. WILLIAMS
              STEVEN N. WILLIAMS

Attorneys for Specially Appearing Defendant
HISOFT TECHNOLOGY INTERNATIONAL, LTD.

-2-
STIPULATION ADJUSTING BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO DISMISS OR STAY CLAIMS

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  November 29, 2012

_____
HON. MAXINE M. CHESNEY
United States District Judge

## CERTIFICATION

I, Ted C. Lindquist, III, am the ECF User whose identification and password are being used to file this Stipulation Adjusting Briefing Schedule On Defendant hiSoft Technology International, Ltd.'s Motion to Dismiss or Stay Claims [Docket Nos. 11, 13]. In compliance with General Order 45.X.B., I hereby attest that Steven N. Williams, counsel for Specially Appearing Defendant hiSoft Technology International, Ltd., has concurred in this filing.

DATED:  November 28, 2012

LINDQUISTLAW

By      /s/  TED C. LINDQUIST, III
             TED C. LINDQUIST, III

Attorneys for Plaintiffs
ALANA KASELITZ and MELISSA KASELITZ

-3-
STIPULATION ADJUSTING BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO DISMISS OR STAY CLAIMS