1  TED C. LINDQUIST, III (Cal. Bar No. 178523)
   LINDQUISTLAW
2  100 Pine Street, Suite 2150
   San Francisco, California  94111
3  Telephone:    415-399-1159
   Facsimile:    866-255-4580
4  Email:  tlindquist@lindquistlaw.com

5  Attorneys for Plaintiffs
   ALANA KASELITZ and MELISSA KASELITZ
6

7                 UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

10

11  ALANA KASELITZ, an individual; and          Case No. C 12-05760 MMC
    MELISSA KASELITZ, an individual,
12                                              **ORDER APPROVING**
                       Plaintiffs,
13                                              **STIPULATION ADJUSTING
          v.                                    BRIEFING SCHEDULE ON
14                                              DEFENDANT HISOFT
    HISOFT TECHNOLOGY                           TECHNOLOGY INTERNATIONAL,
15  INTERNATIONAL, LTD., a Cayman               LTD.'S MOTION TO DISMISS OR
    Islands exempt company; TIAK KOON           STAY CLAIMS [DOCKET NOS. 11, 13]**
16  LOH, an individual; and DOES 1 through
    20, inclusive,
17
                       Defendants.
18

19

20          IT IS HEREBY STIPULATED AND AGREED, by and between the parties'

21  undersigned counsel, pursuant to Civ. L.R. 6-2, and other applicable law, as follows:

22                              **RECITALS**

23          A.    Defendant hiSoft Technology International, Ltd. ("hiSoft") filed a

24  Motion to Dismiss or Stay Claims on November 16, 2012 [Docket Nos. 11] prior to the

25  Court issuing its Order reassigning this case to the Hon. Maxine M. Chesney.  On

26  November 19, 2012, hiSoft re-noticed its Motion to Dismiss or Stay Claims for hearing on

27  January 11, 2013 [Docket No. 13];

28

                                      -1-

1    B.    Subject to the Court's approval, the parties agree to adjust the briefing

2  schedule such that the Plaintiffs' opposition brief will be filed on December 7, 2012, and

3  hiSoft's reply brief will be filed on December 21, 2012.

4    C.    This stipulation to adjust the briefing schedule on hiSoft's Motion will

5  not impact the currently scheduled hearing, and will result in the completion of all briefing

6  21 days prior to the January 11, 2013 hearing.

7

8                                    **STIPULATION**

9    1.    The parties respectfully request that the Court modify the briefing

10  schedule on hiSoft's pending Motion to Dismiss or Stay Claims scheduled for hearing on

11  January 11, 2013, as follows:  Plaintiffs' opposition brief shall be filed by December 7,

12  2012, and hiSoft's reply brief shall be filed by December 21, 2012.

13    SO STIPULATED.

14

15  DATED:  November 28, 2012

16                                    LINDQUISTLAW

17

18    By    /s/  TED C. LINDQUIST, III

19                                    TED C. LINDQUIST, III

20                                    Attorneys for Plaintiffs
                                      ALANA KASELITZ and MELISSA KASELITZ
21

22  DATED:  November 28, 2012

23                                    COTCHETT, PITRE & McCARTHY, LLP

24

25    By    /s/  STEVEN N. WILLIAMS

26                                    STEVEN N. WILLIAMS

27                                    Attorneys for Specially Appearing Defendant
                                      HISOFT TECHNOLOGY INTERNATIONAL, LTD.
28

-2-

1   PURSUANT TO STIPULATION, IT IS SO ORDERED:

2

    Dated:  November 29, 2012
3

4   _____
    HON. MAXINE M. CHESNEY
5   United States District Judge

6

7

8

9

10

11

12

13                          **CERTIFICATION**

14          I, Ted C. Lindquist, III, am the ECF User whose identification and password

15  are being used to file this Stipulation Adjusting Briefing Schedule On Defendant hiSoft

16  Technology International, Ltd.'s Motion to Dismiss or Stay Claims [Docket Nos. 11, 13].

17  In compliance with General Order 45.X.B., I hereby attest that Steven N. Williams,

18  counsel for Specially Appearing Defendant hiSoft Technology International, Ltd., has

19  concurred in this filing.

20

21  DATED:  November 28, 2012

22                          LINDQUISTLAW

23

24                          By      /s/  TED C. LINDQUIST, III
                                    _____
25                                  TED C. LINDQUIST, III

26                                  Attorneys for Plaintiffs
                                    ALANA KASELITZ and MELISSA KASELITZ
27

28
                                    -3-
    _____
    STIPULATION ADJUSTING BRIEFING SCHEDULE ON
    DEFENDANT'S MOTION TO DISMISS OR STAY CLAIMS