IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA KASELITZ, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>HISOFT TECHNOLOGY INTERNATIONAL, LTD., et al.,<br><br>       Defendants.<br>_____/ | No. C-12-5760 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

On December 8, 2012, plaintiffs filed opposition to defendants' motion to dismiss, as well as two declarations in support of the opposition. Plaintiffs have violated the Civil Local Rules of this District and the Court's standing orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiffs are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Plaintiffs are hereby advised that if they fail in the future to comply with the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely

1  provided to the Court.

2  **IT IS SO ORDERED.**

4  Dated: December 14, 2012

_____
MAXINE M. CHESNEY
United States District Judge