1  TED C. LINDQUIST, III (Cal. Bar No. 178523)
   LINDQUISTLAW
2  100 Pine Street, Suite 2150
   San Francisco, California  94111
3  Telephone:   415-399-1159
   Facsimile:    866-255-4580
4  Email:  tlindquist@lindquistlaw.com

5  Attorneys for Plaintiffs
   ALANA KASELITZ and MELISSA KASELITZ
6

7              UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9                 SAN FRANCISCO DIVISION

10

11 ALANA KASELITZ, an individual; and      Case No. C 12-05760 MMC
   MELISSA KASELITZ, an individual,
12                                          **ORDER APPROVING**
                      Plaintiffs,
13                                          **STIPULATION EXTENDING
         v.                                 DEADLINE FOR PLAINTIFFS
14                                          TO FILE SURREPLY RE DEFENDANT
                                            HISOFT TECHNOLOGY
15 HISOFT TECHNOLOGY                        INTERNATIONAL, LTD.'S MOTION
   INTERNATIONAL, LTD., a Cayman           TO DISMISS OR STAY CLAIMS
16 Islands exempt company; TIAK KOON       [DOCKET NO. 13]**
   LOH, an individual; and DOES 1 through
   20, inclusive,
17                                          **AND CONTINUING HEARING ON
                      Defendants.           DEFENDANT'S MOTION**
18

19

20        IT IS HEREBY STIPULATED AND AGREED, by and between the parties'

21 undersigned counsel, pursuant to Civ. L.R. 6-2, and other applicable law, as follows:

22                            **RECITALS**

23        A.      Defendant hiSoft Technology International, Ltd. ("hiSoft

24 Technology") filed a Motion to Dismiss or Stay Claims on November 19, 2012 [Docket

25 No. 13], which was noticed for hearing on January 11, 2013.

26        B.      Following hiSoft Technology's filing of its Reply Memorandum, the

27 Court on January 4, 2013 issued its Order Affording Plaintiffs Leave to File Surreply, Etc.,

28

                                -1-

1 pursuant to which Plaintiffs were permitted to file a surreply no later than January 18,

2 2013, and the hearing on hiSoft Technology's Motion was continued to February 1, 2013.

3          C.     Counsel for Plaintiffs is currently ill and does not expect his condition

4 to be resolved until Monday, January 21, 2013.  Accordingly, subject to the Court's

5 approval, the parties agree that Plaintiffs may file their surreply no later than January 23,

6 2013.

7          D.     This stipulation to extend the deadline for Plaintiffs to file their

8 surreply will not impact the currently scheduled hearing, and will result in the completion

9 of the supplemental briefing permitted by the Court 9 days prior to the February 1, 2013

10 hearing.

11

12 **STIPULATION**

13          1.     The parties respectfully request that the Court extend the deadline for

14 Plaintiffs to file their surreply regarding hiSoft Technology's pending Motion to Dismiss

15 or Stay Claims from January 18, 2013 to January 23, 2013.

16          SO STIPULATED.

17

18 DATED:  January 17, 2013

19                       LINDQUISTLAW

20

21                By        /s/  TED C. LINDQUIST, III

22                         TED C. LINDQUIST, III

23                       Attorneys for Plaintiffs

24            ALANA KASELITZ and MELISSA KASELITZ

25

26

27

28

-2-

DATED:  January 17, 2013

COTCHETT, PITRE & McCARTHY, LLP

By     /s/  STEVEN N. WILLIAMS
STEVEN N. WILLIAMS

Attorneys for Specially Appearing Defendant
HISOFT TECHNOLOGY INTERNATIONAL, LTD.

PURSUANT TO STIPULATION, IT IS SO ORDERED; further, the hearing on defendant's motion is CONTINUED from February 1, 2013 to February 8, 2013, at 9:00 a.m.

Dated:  January 18, 2013

HON. MAXINE M. CHESNEY
United States District Judge

-3-