1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

13   ALANA KASELITZ, an individual; and          )     **CASE NO. 12-cv-5760-MMC**
     MELISSA KASELITZ, an individual,            )

14                                               )
                                                 )
                  Plaintiff(s),                  )

15                                               )

16            v.                                 )
                                                 )     [~~PROPOSED~~] **ORDER GRANTING**
     HISOFT TECHNOLOGY                           )     **ADMINISTRATIVE MOTION TO**

17   INTERNATIONAL , LTD., a Cayman              )     **CONTINUE CASE MANAGEMENT**
     Island exempt company, and                  )     **CONFERENCE**

18   TIAK KOON LOH, and individual, and          )
     DOES 1 through 20, inclusive,               )

19                                               )
                                                 )

20                Defendant(s).                  )
                                                 )

21

22

23

24

25

26

27

28

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE
CASE MANAGEMENT CONFERENCE**

1       GOOD CAUSE APPEARING THEREFORE, the Administrative Motion to Continue

2   Case Management Conference Pursuant to Civil Local Rules 7-11 is hereby GRANTED.

3       The Initial Case Management Conference is rescheduled for: <u>March 29        </u>, 2013.

4   All deadlines that are based off the date of the Initial Case Management Conference, such as the

5   deadlines under Rule 26(f) of the Federal Rules of Civil Procedure and under the Local Civil

6   Rules for the Northern District of California, are continued accordingly.

7       The parties are directed to file a Joint Case Management Statement no later than March

8   22, 2013.

9

10   Date:  January 30, 2013              _____

                                            JUDGE MAXINE M. CHESNEY

11                                        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE
CASE MANAGEMENT CONFERENCE**              1