UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALANA KASELITZ, an individual; and MELISSA KASELITZ, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>HISOFT TECHNOLOGY INTERNATIONAL , LTD., a Cayman Island exempt company, and TIAK KOON LOH, and individual, and DOES 1 through 20, inclusive,<br><br>Defendant(s). | CASE NO. 12-cv-5760-MMC<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |

1  GOOD CAUSE APPEARING THEREFORE, the Administrative Motion to Continue
2 Case Management Conference Pursuant to Civil Local Rules 7-11 is hereby GRANTED.
3  The Initial Case Management Conference is rescheduled for: <u>March 29</u>, 2013.
4 All deadlines that are based off the date of the Initial Case Management Conference, such as the
5 deadlines under Rule 26(f) of the Federal Rules of Civil Procedure and under the Local Civil
6 Rules for the Northern District of California, are continued accordingly.
7  The parties are directed to file a Joint Case Management Statement no later than March
8 22, 2013.

Date: January 30, 2013

_____
JUDGE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE