IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA KASELITZ, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>HISOFT TECHNOLOGY INTERNATIONAL, LTD., et al.,<br><br>　　　　Defendants. | No. C-12-5760 MMC<br><br>**ORDER VACATING FEBRUARY 8, 2013 HEARING ON DEFENDANT HISOFT TECHNOLOGY INTERNATIONAL, LTD.'S MOTION TO DISMISS OR STAY CLAIMS** |

　　　Before the Court is defendant hiSoft Technology International, Ltd.'s ("hiSoft Technology") Motion to Dismiss or Stay Claims, filed November 19, 2012, by which hiSoft Technology seeks to compel arbitration of the claims alleged against it. Plaintiffs Alana Kaselitz and Melissa Kaselitz have filed opposition, hiSoft Technology has filed a reply, and plaintiffs, with leave of court, have filed a surreply.

　　　Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions and hereby VACATES the hearing scheduled for February 8, 2013.

　　　**IT IS SO ORDERED.**

Dated: February 6, 2013

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge