IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA KASELITZ, an individual; and<br>MELISSA KASELITZ, an individual,<br><br>    Plaintiffs,<br>  v.<br><br>HISOFT TECHNOLOGY INTERNATIONAL,<br>LTD., a Cayman Islands exempt company;<br>and TIAK KOON LOH, an individual,<br><br>    Defendants.<br>_____/ | No. C-12-5760 MMC<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT FURTHER STATUS REPORT** |

      Before the Court is the parties' Joint Status Report, filed August 9, 2013, in which the parties state that they are participating in a court-ordered arbitration, which proceeding is ongoing.

      In light of the pendency of the arbitration, the parties are hereby DIRECTED to file, no later than February 14, 2014, a Joint Further Status Report apprising the Court as to the status of the arbitration.

      **IT IS SO ORDERED.**

Dated: September 3, 2013

MAXINE M. CHESNEY
United States District Judge