**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA KASELITZ, an individual; and MELISSA KASELITZ, an individual,<br><br>                    Plaintiffs,<br>     v.<br><br>HISOFT TECHNOLOGY INTERNATIONAL, LTD., a Cayman Islands exempt company; and TIAK KOON LOH, an individual,<br><br>                    Defendants.<br>_____/ | No. C-12-5760 MMC<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT FURTHER STATUS REPORT** |

    Before the Court is the parties' Joint Status Report, filed August 9, 2013, in which the parties state that they are participating in a court-ordered arbitration, which proceeding is ongoing.

    In light of the pendency of the arbitration, the parties are hereby DIRECTED to file, no later than February 14, 2014, a Joint Further Status Report apprising the Court as to the status of the arbitration.

    **IT IS SO ORDERED.**

Dated: September 3, 2013

                                                 MAXINE M. CHESNEY
                                                 United States District Judge