IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA KASELITZ, an individual; and<br>MELISSA KASELITZ, an individual,<br><br>      Plaintiffs,<br>  v.<br><br>HISOFT TECHNOLOGY INTERNATIONAL,<br>LTD., a Cayman Islands exempt company;<br>and TIAK KOON LOH, an individual,<br><br>      Defendants.<br>_____/ | No. C-12-5760 MMC<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT FURTHER STATUS REPORT** |

Before the Court is the parties' Joint Further Status Report, filed February 13, 2014, in which the parties state they are participating in a court-ordered arbitration. The parties report that the arbitration is scheduled to commence on September 24, 2014, that post-hearing briefing is scheduled to be completed by October 24, 2014, and that, after an interim award thereafter issues, further briefing on the subject of attorneys' fees will be necessary.

In light of the pendency of the arbitration, the parties are hereby DIRECTED to file, no later than January 9, 2015, a Joint Further Status Report apprising the Court as to the status of the arbitration.

**IT IS SO ORDERED.**

Dated: February 14, 2014

                                          MAXINE M. CHESNEY
                                          United States District Judge