TED C. LINDQUIST, III (SBN 178523)
LINDQUISTLAW
100 Pine Street, Suite 2150
San Francisco, California  94111
Telephone:    415-399-1159
Facsimile:     866-255-4580
Email:  tlindquist@lindquistlaw.com

MICHAEL RUBIN (SBN 80618)
EILEEN B. GOLDSMITH (SBN 218029)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:    415-421-7151
Facsimile:     415-362-8064
Email: mrubin@altber.com
Email:  egoldsmith@altber.com

Attorneys for Plaintiffs
ALANA KASELITZ and MELISSA KASELITZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALANA KASELITZ, an individual; and MELISSA KASELITZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> HISOFT TECHNOLOGY INTERNATIONAL , LTD., et al., <br><br> Defendants. | Case No. 12-cv-5760-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF CROSS-MOTIONS TO VACATE IN PART AND TO CONFIRM ARBITRATION AWARD** <br><br> Arbitration Hearing:  July 20, 2015 <br> Final Award issued:  October 23, 2015 <br><br> Application to Correct Submitted to Arbitrator: November 2, 2015 <br> Final Disposition on Application to Correct Issued: November 30, 2015 |

WHEREAS pursuant to a briefing schedule agreed to by the parties, Plaintiffs filed a Motion to Vacate Arbitration Award in Part on January 8, 2016, and Defendant hiSoft Technology International, Ltd., simultaneously filed a Motion to Confirm the Arbitration Award, and the parties have noticed their respective cross-motions for hearing on February 26, 2016 at 9:00 a.m.;

WHEREAS the parties have agreed to file their respective oppositions to the cross-motions on January 22, 2016, in accordance with Local Rule 7-3;

WHEREAS under Local Rule 7-3, the parties' reply briefs in support of their respective motions would be due on January 29, 2016;

WHEREAS due to the unavailability of Plaintiffs' attorneys Michael Rubin and Eileen Goldsmith on January 29, 2016, and because those attorneys have primary responsibility for drafting Plaintiffs' reply brief, the parties have agreed that their respective reply briefs shall be due on February 3, 2016;

WHEREAS the agreed-upon due date for reply briefs is 23 days before the parties have noticed their cross-motions for hearing,

The parties hereby stipulate as follows:

1. The deadline for the parties to file their respective reply briefs shall be February 3, 2016.

Dated: January 14, 2016          ALTSHULER BERZON LLP

                                 By:   /s/ Eileen B. Goldsmith
                                     Eileen B. Goldsmith

                                 Attorneys for Plaintiffs Melissa and Alana Kaselitz

Dated: January 14, 2016          COTCHETT, PITRE & McCARTHY, LLP

                                 By:   /s/ Joyce Chang
                                     Joyce Chang

                                 Attorneys for Defendant hiSoft Technology International, Ltd.

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated:   January 14, 2016

/s/ *Eileen Goldsmith*
Eileen Goldsmith

Attorneys for Plaintiffs Melissa and Alana Kaselitz

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 15, 2016

HON. MAXINE M. CHESNEY
United States District Judge