IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA KASELITZ, an individual; and<br>MELISSA KASELITZ, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>HISOFT TECHNOLOGY INTERNATIONAL, LTD., a Cayman Islands exempt company; and TIAK KOON LOH, an individual,<br><br>　　　　　Defendants.<br>_____ / | No. CV-12-5760 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Plaintiffs' motion to vacate the arbitration award is hereby DENIED.

2. Defendant's motion to confirm the arbitration award is hereby GRANTED.


Dated: February 19, 2016　　　　　　　　　　　Susan Y. Soong, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　*Tracy Lucero*

　　　　　　　　　　　　　　　　　　　　　　　By: Tracy Lucero
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk