1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| ALANA KASELITZ, et al., | CASE NO. C-12-5760 MMC |
| Plaintiffs, | **[PROPOSED] CONSENT ORDER ACKNOWLEDGING SATISFACTION OF JUDGMENT AS TO PLAINTIFFS ALANA KASELITZ AND MELISSA KASELITZ ONLY** |
| v. | |
| HISOFT TECHNOLOGY INTERNATIONAL, LTD., et al., | |
| Defendants. | **Judge: Hon. Maxine M. Chesney**<br>**Location: Courtroom 7** |

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

[PROPOSED] CONSENT ORDER ACKNOWLEDGING SATISFACTION OF JUDGMENT AS TO PLAINTIFFS ALANA KASELITZ AND MELISSA KASELITZ ONLY; Case No. C-12-5760 MMC

WHEREAS the Amended Judgment entered in this matter on March 24, 2016 (Doc. 70) in favor of Defendant hiSoft Technology International, Ltd. (Judgment Creditor) has been satisfied as to Plaintiffs Alana Kaselitz and Melissa Kaselitz (Judgment Debtors) only.

Defendant hiSoft Technology International, Ltd. (Judgment Creditor) has accepted payment or performance other than that specified in the Judgment in satisfaction of the Judgment as to Plaintiffs Alana Kaselitz and Melissa Kaselitz (Judgment Debtors) only. That portion of the judgment for which Ted C. Lindquist III is jointly and severally obligated remains in full force and effect and is in no way impaired by virtue of this Consent Order.

Dated: August 31, 2016               **COTCHETT, PITRE & McCARTHY, LLP**

By: ___/s/ Steven N. Williams___
Steven N. Williams
*Attorney for Defendant*
*hiSoft Technology International, Ltd.*

Dated: August 31, 2016               **ALTSHULER BERZON LLP**

By: ___/s/ Eileen B. Goldsmith___
Eileen B. Goldsmith
*Attorney for Plaintiffs*
*Alana Kaselitz and Melissa Kaselitz*

IT IS SO ORDERED AND ADJUDGED.

Dated: September 8, 2016             [signature], ~~Clerk~~
United States District Judge
By: _____
~~Deputy Clerk~~

Law Offices COTCHETT, PITRE & MCCARTHY, LLP

[PROPOSED] CONSENT ORDER ACKNOWLEDGING SATISFACTION OF JUDGMENT AS TO PLAINTIFFS ALANA KASELITZ AND MELISSA KASELITZ ONLY; Case No. C-12-5760 MMC